Irina Hughes, FSB No. 66198
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon  97401
(541) 465-6937 Telephone
(541) 465-6975 Facsimile
Irina_Hughes@fd.org

Attorney for Defendant

# United States District Court

## District of Oregon

| | |
|---|---|
| United States of America,<br><br>               v.<br><br>Andrew Thomas Tager,<br><br>                     Defendant. | No. 6:22-cr-00200-AA<br><br>Defendant's Sentencing Memorandum<br><br>Sentencing: September 19, 2022 at 10:00 a.m. |

      Andrew Thomas Tager is scheduled to appear for sentencing for the offense of production of child pornography (sexual exploitation of children) in violation of 18 U.S.C. § 2251 (a) and (e). The parties jointly recommend that the Court impose a sentence of 195 months imprisonment followed by fifteen (15) years of supervised release. This

Page 1 — Defendant's Sentencing Memorandum

sentence is sufficient but not greater than necessary to further the goals of sentencing outlined in 18 U.S.C. § 3553(a). Mr. Tager relies on the details provided in his sentencing letter, which he submits separately.

Respectfully submitted: September 14, 2022.

<em>s/Irina Hughes</em><br>
Irina Hughes<br>
Assistant Federal Public Defender